UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROCKFORD HOMES, INC.**

    Plaintiffs,

    v.

**VIOLET TOWNSHIP, OHIO**

    Defendant.

Case No.: 2:21-cv-2743
**JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Kimberly A. Jolson

## ORDER

The parties in this matter have conveyed their engagement in "significant, good faith settlement discussions," and state that they "are proceeding with a potential settlement subject to the procedures set forth in Ohio Revised Code § 505.07." (ECF No. 25.) To that extent, they request an additional thirty days for Defendant Violet Township "to take action on the settlement in a public meeting." (*Id.*)

For good cause shown, the parties' request is **GRANTED**, (*id.*), and the settlement conference scheduled in this case for August 3, 2022, (ECF No. 24), is **VACATED**. This case shall remain stayed for any additional thirty days. On or before that day, the parties shall submit a status report apprising this Court as to (1) the state of their tentative settlement and (2) whether any additional proceedings are necessary.

This case shall remain stayed.

    **IT IS SO ORDERED.**

**8/2/2022**                                                           **s/Edmund A. Sargus, Jr.**
**DATE**                                                             **EDMUND A. SARGUS, JR.**
                                                                      **UNITED STATES DISTRICT JUDGE**